# United States District Court

Eastern District of Missouri
111 South 10th Street
St. Louis, Missouri 63102

James G. Woodward  314-244-7900
Clerk of Court

May 29, 2012

Randy L. Gori
GORI, JULIAN AND ASSOCIATES, P.C.
156 N. Main Street
Edwardsville, IL 62025

RE:       Linton et al v. Owens Illinois, Inc. et al
Case #    4:12-cv-00960-AGF

Dear Mr. Gori:

Our records show you are not admitted to practice law in the Eastern District of Missouri. Please refer to Local Rule 12 for the Eastern District of Missouri concerning attorneys who reside in the Eastern District of Missouri, are regularly employed in the Eastern District of Missouri, or are regularly engaged in the practice of law in the Eastern District of Missouri. All pertinent information can be obtained from our website at www.moed.uscourts.gov, including the Application For Admission To Practice Law and the E-Filing registration form.

If you would like to appear as an attorney of record in this district, please complete the Application For Admission To Practice Law and return it to this office for processing.

If you have any questions concerning this matter, please contact our office.

Sincerely,
JAMES G. WOODWARD, CLERK


By:     /s/ David L. Braun
        David L. Braun
        Deputy Clerk