UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOAN LINTON, SHARON LINTON, JAMES LINTON, FRANKLIN LINTON III, DIRK LINTON, DANIEL LINTON, CHRISTINA LYNN, JASON LINTON, and MICHELLE MESERAULL, as surviving heirs of FRANKLIN LINTON, JR., Deceased, )
)
)
)
Plaintiff(s),  )
)   Case No.  4:12-cv-960
VS.  )
)
OWENS ILLINOIS, INC. (sued individually and as successor-in-interest to OWENS ILLINOIS GLASS COMPANY), and OWENS-BROCKWAY GLASS CONTAINER INC. (successor-by-merger to OWENS-ILLINOIS, INC.),  )
)
)
Defendant(s).  )

DISCLOSURE OF CORPORATION INTERESTS
CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for **Owens-Illinois, Inc.** hereby gives notice the following corporate interests are disclosed:

1. The parent companies of the corporation:

   N/A

2. Subsidiaries not wholly owned by the corporation:

   Owens-Illinois has no domestic subsidiaries that are not wholly owned by the corporations, but there are approximately 45 foreign corporations in which Owens-Illinois has various percentages of ownership interest. None of these foreign corporations are publicly traded. Should the Court so direct, Owens-Illinois will submit a list of such foreign corporations to the Court and they respectfully request that such list be filed under seal.

3. Any publicly held company that owns ten percent (10%) or more of the corporation:

   N/A

   /s/ Randolph G. Willis
   Signature (Counsel for Plaintiff/Defendant)
   Print Name: Randolph G. Willis
   Address: Rasmussen Willis Dickey & Moore, LLC
   9200 Ward Parkway, Suite 400
   City/State/Zip: Kansas City, MO  64114
   Phone: (816) 960-1611

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this 25 Day of May, 20 12.