# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF MISSOURI
### EASTERN DIVISION

JOAN LINTON, SHARON LINTON, JAMES LINTON, FRANKLIN LINTON III, DIRK LINTON, DANIEL LINTON, CHRISTINA LYNN, JASON LINTON, and MICHELLE MESERAULL, as surviving heirs of FRANKLIN LINTON, JR., Deceased,

Plaintiff(s),

vs.

Case No.  4:12-cv-960

OWENS ILLINOIS, INC. (sued individually and as successor-in-interest to OWENS ILLINOIS GLASS COMPANY), and OWENS-BROCKWAY GLASS CONTAINER INC. (successor-by-merger to OWENS-ILLINOIS, INC.),

Defendant(s).

## DISCLOSURE OF CORPORATION INTERESTS CERTIFICATE

Pursuant to Rule 2.09 of the Local Rules of the United States District Court for the Eastern District of Missouri and Rule 7.1 of the Federal Rules of Civil Procedure, Counsel of record for Owens-Brockway Glass Container Inc. hereby gives notice the following corporate interests are disclosed:

1.  The parent companies of the corporation:

    Defendant Owens-Brockway Glass Container Inc. is a wholly owned subsidiary of Owens-Brockway Packaging, Inc., which is a wholly owned subsidiary of Owens-Illinois Group, Inc.  Owens-Illinois Group, Inc. is a wholly owned subsidiary of Defendant Owens-Illinois, Inc., a publicly traded company.

2.  Subsidiaries not wholly owned by the corporation:

    Owens-Brockway Glass Container Inc. has no domestic subsidiaries that are not wholly owned by the corporations, but there are foreign corporations in which Owens-Brockway Glass Container Inc. has various percentages of ownership interest.  None of these foreign corporations are publicly traded.  Should the Court so direct, Owens-Brockway Glass Container Inc. will submit a list of such foreign corporations to the Court and they respectfully request that such list be filed under seal.

3.  Any publicly held company that owns ten percent (10%) or more of the corporation:

    **See above 1.**

/s/ Randolph G. Willis
Signature (Counsel for Plaintiff/Defendant)
Print Name: Randolph G. Willis
Address: Rasmussen Willis Dickey & Moore, LLC
9200 Ward Parkway, Suite 400
City/State/Zip: Kansas City, MO   64114
Phone: (816) 960-1611

I hereby certify a true copy of the foregoing Disclosure of Corporate Interest Certificate was serve (by mail, by hand delivery or by electronic notice) on all parties this 25 Day of May , 20 12 .