## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

| | |
|---|---|
| JOAN LINTON, SHARON LINTON, JAMES LINTON, FRANKLIN LINTON III, DIRK LINTON, DANIEL LINTON, CHRISTINA LYNN, JASON LINTON, and MICHELLE MESERAULL, as surviving heirs of FRANKLIN LINTON, JR., Deceased, <br><br> Plaintiffs, <br><br> v. <br><br> OWENS-ILLINOIS, INC. (sued individually and as successor-in-interest to OWENS ILLINOIS GLASS COMPANY), and OWENS-BROCKWAY GLASS CONTAINER INC. (successor-by-merger to OWENS-ILLINOIS, INC.), <br><br> Defendants. | Case No. 4:12-cv-00960-AGF <br><br> Judge Audrey G. Fleissig |

### DEFENDANTS' JOINT MOTION TO DISMISS
### PLAINTIFFS' COMPLAINT WITH PREJUDICE

Defendants Owens-Illinois, Inc. and Owens-Brockway Glass Container, Inc., pursuant to Federal Rule of Civil Procedure 12(b)(6), respectfully request that this Court enter an order dismissing Plaintiffs' Complaint with prejudice. In support of the motion, Defendants Owens-Illinois, Inc. and Owens-Brockway Glass Container, Inc. submit their Memorandum in Support of Their Motion to Dismiss Plaintiffs' Complaint with Prejudice under Local Rule 7-4.01(A).

**WHEREFORE**, Defendants Owens-Illinois, Inc. and Owens-Brockway Glass Container, Inc. respectfully request that this Court enter an order dismissing Plaintiffs' Complaint with prejudice and awarding such further relief as this Court deems just and proper.

- 2 -

Dated:  June 1, 2012	Respectfully submitted,

RASMUSSEN WILLIS DICKEY & MOORE, LLC


By:  /s/ Randolph G. Willis
    Randolph G. Willis, Mo. Bar No. 47834
    9200 Ward Parkway, Suite 400
    Kansas City, Missouri  64114
    Telephone:  (816) 960-1611
    Facsimile:  (816) 960-1669
    rwillis@rwdmlaw.com

    Matthew J. Fischer, *admission to be filed*
    Edward Casmere, Mo. Bar No. 64326
    Brian O. Watson, *admission to be filed*
    SCHIFF HARDIN, LLP
    233 South Wacker Drive, Suite 6600
    Chicago, Illinois  60606
    Telephone:  (312) 258-5784
    Facsimile:  (312) 258-5700
    mfischer@schiffhardin.com
    ecasmere@schiffhardin.com
    bwatson@schiffhardin.com

    *Counsel for Defendants Owens-Illinois, Inc. and Owens-Brockway Glass Container Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on June 1, 2012, Defendants' Joint Motion to Dismiss Plaintiffs' Complaint with Prejudice was filed with the Clerk of the Court for the United States District Court for the Eastern District of Missouri using the CM/ECF system, which will send notification of such filing upon all parties who have appeared, and was served by depositing it in the U.S. Mail, proper postage prepaid, addressed to the following:

>Randy L. Gori
>Barry Julian
>Gori Julian & Associates, P.C.
>156 North Main Street
>Edwardsville, Illinois 62025
>
>Amy M. Carter
>Simon Greenstone Panatier Bartlett, PC
>3232 McKinney Avenue, Suite 610
>Dallas, Texas 75204
>
>*Attorneys for Plaintiffs*

/s/ Randolph G. Willis