**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOAN LINTON, SHARON LINTON, JAMES LINTON, FRANKLIN LINTON III, DIRK LINTON, DANIEL LINTON, CHRISTINA LYNN, JASON LINTON, and MICHELLE MESERAULL, as surviving heirs of FRANKLIN LINTON, JR., Deceased,** | ) ) ) ) ) ) ) ) ) | |
| **Plaintiffs,** | ) ) | **Case No. 4:12-cv-00960-AGF** |
| **v.** | ) ) | **Judge Audrey G. Fleissig** |
| **OWENS-ILLINOIS, INC. (sued individually and as successor-in-interest to OWENS ILLINOIS GLASS COMPANY), and OWENS-BROCKWAY GLASS CONTAINER INC. (successor-by-merger to OWENS-ILLINOIS, INC.),** | ) ) ) ) ) ) ) | |
| **Defendants.** | ) ) | |

**NOTICE OF CHANGE OF ADDRESS**

To the Clerk of the Court and all parties of record:

My attorney information has to Gori Julian & Associates, P.C. located at 156 N. Main Street, Edwardsville, IL 62025.  My request to update the attorney information located on CM/ECF is currently pending.

Dated: June 8, 2012

By: /s/D. Todd Mathews_____
D. Todd Mathews –#52502MO
Gori, Julian and Assoc., P.C.
156 N. Main St.
Edwardsville, IL 62025
(618) 659-9833
(618) 659-9834
Todd@GoriJulianLaw.com

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on this 8th day of June, 2012, a copy of the foregoing Notice of Appearance was electronically filed by using the CM/ECF system, which will send notice of electronic filing to all parties of record.

<u>/s/D. Todd Mathews</u>