UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAN LINTON, SHARON LINTON, JAMES LINTON, FRANKLIN LINTON III, DIRK LINTON, DANIEL LINTON, CHRISTINA LYNN, JASON LINTON, and MICHELLE MESERAULL, as surviving heirs of FRANKLIN LINTON, JR., Deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>OWENS-ILLINOIS, INC. (sued individually and as successor-in-interest to OWENS ILLINOIS GLASS COMPANY), and OWENS-BROCKWAY GLASS CONTAINER INC. (successor-by-merger to OWENS-ILLINOIS, INC.),<br><br>    Defendants. | Case No. 4:12-cv-00960-AGF<br><br>Judge Audrey G. Fleissig |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO FILE THEIR RESPONSE AND BRIEF IN SUPPORT TO DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' COMPLAINT WITH PREJUDICE**

    Plaintiffs Joan Linton, Sharon Linton, James Linton, Franklin Linton III, Dirk Linton, Daniel Linton, Christina Lynn, Jason Linton and Michelle Meseraull, as surviving heirs of Franklin Linton, Jr., Deceased, by and through their undersigned counsel, moves this Court for an extension of thirty (30) days to file their response to Defendants' Joint Motion to Dismiss Plaintiffs' Complaint with Prejudice. Plaintiffs' counsel has spoken with Defendants' counsel, who have no objection to the requested extension of time.

        Respectfully submitted,

        GORI, JULIAN & ASSOCIATES, P.C.

By:__/s/ Randy L. Gori_____
        Randy L. Gori, #47619
        Barry Julian, #45962
        Attorneys for Plaintiffs
        156 N. Main St.
        Edwardsville, IL  62025
        (618) 659-9833
        (618) 659-9834 (facsimile)