UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JOAN LINTON, et al.,

    Plaintiff(s),

  vs.

OWENS ILLINOIS, INC., et al.,

    Defendant(s).

Case No. 4:12-cv-00960-AGF

## DESIGNATION OF NEUTRAL BY PARTIES
## AND
## ADR CONFERENCE REPORT

Pursuant to the Court's <u>Order Referring Case</u> to ADR for **mediation/early neutral evaluation,** dated 11/30/2012 the parties hereby designate by agreement the following individual from the Court's list of Certified Neutrals to serve as Neutral in the above-styled action:

Name of Neutral: GEORGE L. FITZSIMMONS

Firm Name and Address: 6350 Clayton Road, Suite 306
St. Louis, MO 63117

Telephone & FAX Number: Tel: (314) 651-1195

**The attorneys of record in this case are:**

Name of Lead Counsel: D. Todd Mathews, Esq.

Firm Name and Address: Gori, Julian & Associates, P.C.
156 N. Main St.
Edwardsville, IL 62025

Telephone & FAX Number: Tel: (618) 659-9833  Fax: (618) 659-9834

Name of Other Counsel: Edward Casmere, Esq

Firm Name and Address:     Schiff Hardin, LLP
                           233 South Wacker Drive, Suite 6600
                           Chicago, Illinois 60606

Telephone & FAX Number:    Tel: (312) 258-5784    Fax: (312) 258-5700

**The completion deadline for this ADR referral is** January 31, 2012

The parties, in consultation with the assigned neutral, hereby designate by agreement the following date, time, and location of the initial ADR conference:

Date of Conference:   JANUARY 15                                    20 13

Time of Conference:   9:30AM                                        a/p.m.

Location of Conference (Check One):

☐ Designated Space at the United States Courthouse, 111 South Tenth Street, St. Louis, MO 63102

☒ Other Location:     U.S. ARBITRATION & MEDIATION
                      720 Olive Street
                      St. Louis, MO 63101

All parties and the assigned neutral have been given at least fourteen (14) days notice of the above-dated conference. The neutral shall schedule any additional conference(s) in consultation with the parties.

We, the undersigned parties to this action, declare that this designation is both consensual and mutual.

12/19/2012                    /s/ D. Todd Mathews, Esq.
Date
                              /s/ Amy M. Carter, Esq.
                              Signature of Plaintiff(s)

                              /s/ Edward Casmere, Esq.

                              /s/ Randolph G. Willis, Esq.
                              Signature of Defendant(s)