UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAN LINTON, ET AL.,<br>    Plaintiff(s),<br><br>vs.<br><br>OWENS ILLINOIS, INC., et al.,<br>    Defendant(s), | )<br>)<br>)<br>)<br>)  Case No. 4:12-cv-00960-AGF<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF APPOINTMENT OF NEUTRAL**

Upon selection by parties, pursuant to the procedures outlined in E.D.Mo. L.R. 6.03, the Clerk of the court hereby notifies FITZSIMMONS, GEORGE L., 6350 Clayton Road, Ste. 306, St. Louis, Missouri  63117 that s/he has been appointed to serve as Neutral in the above-styled action to conduct **mediation**.

This appointment shall remain effective until the Neutral notifies the Court in writing that the referral has been concluded.

The Attorneys of Record in this case are:

Lead Counsel:  D. Todd Mathews (for pla)
GORI, JULIAN AND ASSOCIATES, P.C.
156 N. Main Street
Edwardsville, IL  62025
Ph: 618-659-9833  FAX: 618-659-9834

**Amy M. Carter**
SIMON GREENSTONE PANATIER BARTLETT, PC
3232 McKinney Avenue
Suite 610
Dallas, TX 75204
214-276-7680
Fax: 214-276-7699

      Other Counsel:  Randolph G. Willis (for dft)
                              RASMUSSEN AND WILLIS
                              9200 Ward Parkway
                              Suite 400
                              Kansas City, MO  64114
                              Ph: 816-960-1611  FAX: 816-360-1769

**The completion deadline for this ADR referral is January 31, 2013.  The neutral shall file an ADR Compliance Report within 14 days after the ADR referral is concluded.**

The Neutral is directed to ascertain and to disclose to the parties any grounds that might exist which would require disqualification pursuant to 28 U.S.C. § 455.

| | |
|---|---|
| December 19, 2012 | *James G. Woodword*        / |
| Date | Clerk of Court |
| | |
| | By:   /s/ Laura S. Dreon       / |
| |       LAURA S. DREON |
| |       Deputy Clerk |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAN LINTON, ET AL., | ) |
|     Plaintiff(s), | ) |
| | ) |
| vs. | )   Case No. 4:12-cv-00960-AGF |
| | ) |
| OWENS ILLINOIS, INC., et al., | ) |
|     Defendant(s), | ) |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office

### Option 1

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case. All other extensions require court approval.*

### Option 2

☐ A final ADR conference was held on: _____.

☐ All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

☐ The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on _____. The parties [☐ did ☐ did not] achieve a settlement. Check one

### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: _____    Neutral: _____

                                                   FITZSIMMONS, GEORGE L.
                                                   Signature