**RECEIVED**

JAN 2 2 2013

**BY MAIL**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAN LINTON, ET AL., | ) |
| Plaintiff(s), | ) |
| | ) |
| vs. | ) Case No. 4:12-cv-00960-AGF |
| | ) |
| OWENS ILLINOIS, INC., et al., | ) |
| Defendant(s), | ) |

### ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office

#### Option 1

☐ An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. Such an election by the neutral is permitted once during the span of a mediation in a single case. All other extensions require court approval.

#### Option 2

☒ A final ADR conference was held on: __1/15/13__.

☒ All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

☐ The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____.

The ADR referral was concluded on __1/15/13__. The parties [☐ did ☒ did not] achieve a settlement. Check one

#### Option 3

☐ Although this case was referred to ADR, a conference WAS NOT HELD.

Date: __1/15/13__   Neutral _/s/ George L. Fitzsimmons_
FITZSIMMONS, GEORGE L.
Signature

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

T. F., et al

Vs.

Case No. 4:12-cv-881 CAS

American Income Life Insurance Company

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

### Option 1

( )   An ADR conference has been held.  The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement.  Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.  All other extensions require court approval.*

### Option 2

(X)   A final ADR conference was held on January 15, 2013.

(X)   All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

( )   The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

The ADR referral was concluded on January 15, 2013.  The parties [(X) did  ( ) did not] achieve a settlement.

### Option 3

( )   Although this case was referred to ADR, a conference WAS NOT HELD.

1/17/13
Date

_____
Neutral, Honorable James R. Hartenbach

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

Alex Higginbottom

Vs.

United Stated of America

Case No. 4:11-cv02042

## ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT

Complete one option and file this report with the Clerk's Office:

### Option 1

( )   An ADR conference has been held. The neutral elects to extend the deadline for completing ADR for _____ days [not to exceed fourteen additional days] and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case. All other extensions require court approval.*

### Option 2

(X)   A final ADR conference was held on January 15, 2013.

(X)   All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference(s) in good faith, and each possessed the requisite settlement authority;

( )   The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered:

The ADR referral was concluded on January 15, 2013. The parties [(X) did ( ) did not] achieve a settlement.

### Option 3

( )   Although this case was referred to ADR, a conference WAS NOT HELD.

1/17/13
Date

_____
Neutral, Honorable Michael Calvin

US POSTAGE $00.45
Mailed From 63101
01/17/2013
031A 0004189084

RECEIVED
JAN 2 2 2013
BY MAIL

Clerk
United States District Court
Eastern District of Missouri
Eastern Division
111 S. Tenth Street
St. Louis, MO 63101



USA&M
United States Arbitration & Mediation
Midwest, Incorporated

Suite 2300
720 Olive Street
St. Louis, Missouri 63101