**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | |
|---|---|
| **JOAN LINTON**, **SHARON LINTON**,    ) <br> **JAMES LINTON, FRANKLIN LINTON III**, ) <br> **DIRK LINTON, DANIEL LINTON**,      ) <br> **CHRISTINA LYNN, JASON LINTON**, and  ) <br> **MICHELLE MESERAULL**, as surviving   ) <br> heirs of **FRANKLIN LINTON, JR.**, Deceased, ) <br>                            ) <br>        Plaintiffs,        ) <br>                            ) <br>     v.                  ) <br>                            ) <br> **OWENS-ILLINOIS, INC.** (sued individually ) <br> and as successor-in-interest to OWENS   ) <br> ILLINOIS GLASS COMPANY), and **OWENS-**) <br> **BROCKWAY GLASS CONTAINER INC.**  ) <br> (successor-by-merger to OWENS-ILLINOIS,  ) <br> INC.),                  ) <br>                            ) <br>        Defendants.       ) | Case No. 4:12-cv-00960-AGF <br><br> Judge Audrey G. Fleissig |

**PLAINTIFFS UNOPPOSED MOTION FOR EXTENSION OF TIME**
**TO JOIN ADDITIONAL PARTIES AND/OR AMENDMENT OF THE PLEADINGS**

Plaintiffs Joan Linton, Sharon Linton, James Linton, Franklin Linton III, Dirk Linton, Daniel Linton, Christina Lynn, Jason Linton and Michelle Meseraull, and Defendants Owens-Illinois, Inc. and Owens-Brockway Glass Container, Inc., by and through counsel, move this Court for an extension of thirty (30) days to join additional parties and/or amend the pleadings, and in support thereof would show the Court the following:

1.      In accordance with the current Joint Scheduling Plan filed September 7, 2012, the deadline for all motions for leave to join additional parties and for leave to amend pleadings is currently set as February 1, 2013.  At this time, counsel for Plaintiffs and Defendants are still in the process of exchanging discovery that directly relates to the identification of additional parties.  Plaintiffs request additional time in which to receive specific documents from

- 1 -

- 2 -

Defendants that will identify additional parties to be added to this litigation.

     2.     Plaintiffs' counsel has spoken with Defendants' counsel, who have no objection to the requested extension of time.

Dated: _____01/29/13_____       Respectfully submitted,

**SIMON GREENSTONE PANATIER BARTLETT**

By:  */s/ Amy M. Carter*_____
     Amy M. Carter, Esq.
     State Bar of Texas No. 24004580
     3232 McKinney Avenue, Suite 610
     Dallas, Texas 75204
     Telephone: (214) 276-7680
     Facsimile: (214) 276- 7699

     *Counsel for Plaintiffs*