**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **JOAN LINTON**, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | Case No. 4:12-cv-00960-AGF |
| | ) | |
| v. | ) | Judge Audrey G. Fleissig |
| | ) | |
| **OWENS-ILLINOIS, INC.**, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## MOTION FOR LEAVE TO AMEND COMPLAINT

COMES NOW Plaintiffs, by counsel, pursuant to Rule 55.33(a) of the Missouri Rules of Civil Procedure, and hereby moves this Court for leave to amend the above-captioned Complaint.  In support thereof, Plaintiffs state as follows:

1.     Plaintiffs filed their Second Amended Complaint on March 29, 2013, identifying numerous additional parties and products.

2.     As a result of Plaintiffs Second Amended Complaint, several defendants have filed motions to dismiss pursuant to *Fed. R. Civ. P. 12(b)(6)* and/or in the alternative, *Fed. R. Civ. P. 12(e)*.

3.     Based upon the foregoing, Plaintiffs believe that further clarification of the types of products and the facts surrounding Plaintiffs exposure and use of those products is necessary.

4.     Furthermore, Plaintiff has resolved their claims against certain Defendants and have dismissed these Defendants from the suit:  XEROX CORPORATION.

Plaintiffs respectfully request this Court grant leave to file their Third Amended Complaint to further define the types of products Plaintiff was exposed to, clarify the facts surrounding Plaintiffs exposure and use of those products and to release certain Defendants.  (Plaintiff's Third Amended Complaint is attached hereto as Exhibit A.)

Dated:   ____05/30/13_____

Respectfully submitted,

**SIMON GREENSTONE PANATIER BARTLETT**

By:   */s/ Amy M. Carter*  _____
    Amy M. Carter, Esq.
    State Bar of Texas No. 24004580
    3232 McKinney Avenue, Suite 610
    Dallas, Texas 75204
    Telephone: (214) 276-7680
    Facsimile: (214) 276- 7699

    *Counsel for Plaintiffs*

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MISSOURI
## EASTERN DIVISION

JOAN LINTON, SHARON LINTON, JAMES )
LINTON, FRANKLIN LINTON III, DIRK )
LINTON, DANIEL LINTON, CHRISTINA )
LYNN, JASON LINTON, and MICHELLE )
MESERAULL, as surviving heirs of )
FRANKLIN LINTON, JR., Deceased, )
                                     )      Case No. 4:12-cv-00960-AGF
             Plaintiffs, )
                                       )      Judge Audrey G. Fleissig
       v. )
                                       )
OWENS-ILLINOIS, INC., et al., )
                                       )
            Defendants. )

## CERTIFICATE OF SERVICE

     I, Amy M. Carter, hereby certify that on the 30th day of May, 2013, *Plaintiffs' Motion for Leave to Amend Complaint* was filed with the Clerk of the Court using the CM/ECF system, which will send electronic notification to the following parties:

                              /s/ Amy M. Carter_____
                              AMY M. CARTER

**OWENS-ILLINOIS, INC. and OWENS-BROCKWAY GLASS CONTAINER, INC.**
Randolph G. Willis, Esq.
RASMUSSEN WILLIS DICKEY & MOORE, LLC
9200 Ward Parkway, Suite 400
Kansas City, Missouri  64114
Telephone: (816) 960-1611
Facsimile:  (816) 960-1669
Email:  rwillis@rwdmlaw.com

Matthew J. Fisher, Esq.
Edward Casmere, Esq.
Brian O. Watson, Esq.
SCHIFF HARDIN, LLP
233 South Wacker Drive, Suite 6600
Chicago, Illinois  60606
Telephone:  (312) 258-5784
Facsimile:  (312) 258-5700
Email:  mfischer@schiffhardin.com
         ecasmere@schiffhardin.com
         bwatson@schiffhardin.com

**CHEMETALL US, INC.; SHERWIN WILLIAMS; and HOMAX PRODUCTS, INC.**
Tracy J. Cowan
Karen Volkman
John Michael Ward
HAWKINS PARNELL THACKSTON & YOUNG LLP
10 S. Broadway, Suite 1300
St. Louis, MO  63102
314-678-8600
314-678-8686 (fax)
tcowan@hptylaw.com
kmvolkman@hptylaw.com
mward@hptylaw.com

1

**CHEVRON PHILLIPS CHEMICAL COMPANY LLC and TOTAL SPECIALTIES**
Erik L. Hansell
Joseph C. Orlet
HUSCH BLACKWELL LLP
190 Carondelet Plaza, Suite 600
St. Louis, MO  63105
314-480-1500
318-480-1505 (fax)
erik.hansell@huschblackwell.com
joe.orlet@huschblackwell.com

**CITGO PETROLEUM CORP.**
Gerard T. Noce
HEPLER BROOM LLC
211 North Broadway, Suite 2700
St. Louis, MO  63102
314-241-6160
314-241-6116 (fax)
gtn@heplerbroom.com

**NCH CORPORATION f/k/a NATIONAL CHEMSEARCH CORP**
Wesley A. Weathers
Patricia E. Riley
WEATHERS RILEY & SHEPPEARD LLP
4848 SW 21st Street, Suite 202
Topeka, KS  66604
785-273-2020
785-273-4662 (fax)
wes@wrslaw.net
patty@wrslaw.net

**RADIATOR SPECIALTY COMPANY**
Matthew J. Morris
Jeffrey T. Bash
LEWIS BRISBOIS BISGAARD & SMITH LLP
26 Ginger Creek Parkway
Glen Carbon, IL  62034
618-307-7290
618-692-6099
jbash@lbbslaw.com
mmorris@lbbslaw.com

**RECKITT BENCKISER LLC and WYETH LLC.**
M. Ann Hatch
James D. Maschhoff
HERZOG CREBS LLP
100 N. Broadway, 14th Floor
St. Louis, MO  63102
314-231-6700
314-231-4656 (fax)
jdm@herzogcrebs.com

**SHELL CHEMICAL**
Richard B. Korn
Bart C. Sullivan
Paul W. Johnson
FOX GALVIN LLC
One S. Memorial Drive, 12th Floor
St. Louis, MO  63102
314-588-7000
314-588-1965 (fax)
rkorn@foxgalvin.com
bsullivan@foxgalvin.com
pjohnson@foxgalvin.com

Charles Stanton Perry ("Stan Perry")
REEDSMITH LLP
811 Main, 17th Floor
Houston, TX  77002
713-469-3847
713-469-3899 (fax)
sperry@reedsmith.com

**THE STECO CORPORATION**
Michael B. Maguire
BROWN & JAMES PC
800 Market Street, Suite 1100
St. Louis, MO  63101
314-421-3400
314-421-3128 (fax)
mmaguire@bjpc.com

**WD-40 MANUFACTURING COMPANY**
Paul W. Lore
SWANSON MARTIN & BELL LLP
75 West Lockwood, Suite 222
St. Louis, MO  63119
314-315-4319
314-961-5020 – Fax
legalore@mindspring.com

Alfred E. Koehler, III
SWANSON MARTIN & BELL LLP
330 North Wabash, Suite 3300
Chicago, IL  60611
312-321-9100
312-321-0990 (fax)
jkoehler@smbtrials.com

**W.M. BAR COMPANY**
Michael S. Cooley
Associate General Counsel
W.M. Barr and Company, Inc.
8000 Centerview Parkway, Suite 400
Memphis, TN  38018
901-775-5429
901-409-3507 (fax)
Mike_Cooley@wmbarr.com