UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOAN LINTON, et al. as surviving heirs of Franklin Linton, Jr., deceased,<br><br>    Plaintiffs,<br><br>v.<br><br>OWENS ILLINOIS, INC., et al.<br><br>    Defendants. | No. 4:12-cv-0960-AGF<br><br>JURY TRIAL DEMANDED |

## JOINT STIPULATION OF DISMISSAL AS TO CLAIMS AGAINST HOMAX PRODUCTS, INC. (sued individually and successor-by-merger to JASCO CHEMICAL CORPORATION)

Plaintiffs Joan Linton, Sharon Linton, James Linton, Franklin Linton III, Dirk Linton, Daniel Linton, Christina Lynn, Jason Linton and Michelle Meseraull, and Defendant Homax Products, Inc. (sued individually and successor-by-merger to JASCO Chemical Corporation) (collectively the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), jointly move and hereby stipulate, through their undersigned counsel, to the entry of an order dismissing without prejudice all claims asserted by Plaintiffs against Homax Products, Inc. (sued individually and successor-by-merger to JASCO Chemical Corporation).

This stipulation has no effect on claims or allegations against any defendants other than Homax Products, Inc. (sued individually and successor-by-merger to JASCO Chemical Corporation).

The Parties further stipulate that no claim or allegation other than those specifically alleged by Plaintiffs against Homax Products, Inc. (sued individually and successor-by-merger to JASCO Chemical Corporation) shall be dismissed at this time.

The Parties further stipulate that each party is to bear their own costs and fees.

The Parties respectively request that the Court enter an order in the form of the attached proposed order.

Dated: March 18, 2014

> Respectfully submitted,
>
> By: /s/ Amy Carter
>    Amy Carter
>    Texas Bar Number 24004580
>    SIMON GREENSTONE PANATIER BARTLETT, PC
>    3232 McKinney Avenue, Suite 610
>    Dallas, Texas 75205
>    214-276-7680
>    214-276-7699 Facsimile
>    acarter@sgpblaw.com
>
> **Attorney for Plaintiffs**
>
> By: /s/ Tracy J. Cowan
>    Tracy Cowan #40229MO
>    Karen Volkman #49245MO
>    Michael Ward #56071MO
>    HAWKINS PARNELL THACKSTON & YOUNG LLP
>    10 South Broadway, Suite 1300
>    St. Louis, MO 63102
>    Ph: (314) 678-8600
>    Fx: (314) 678-8686
>    tcowan@hptylaw.com
>    kmvolkman@hptylaw.com
>    mward@hptylaw.com
>
> **Attorneys for Defendant Homax Products, Inc.**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on March 18, 2014, a copy of the foregoing was filed and served electronically to all parties by operation of the Court's CM/ECF system. Parties may access this filing through the Court's system.

                                            /s/Amy M. Carter
                                            Amy M. Carter