UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| JOAN LINTON, et al., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:12CV00960 AGF |
| | ) | |
| OWENS ILLINOIS, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM AND ORDER APPROVING SETTLEMENT**

This wrongful death action is before the Court on Plaintiffs' motion for approval, pursuant to Mo. Rev. Stat. §537.095.3, of the settlements reached between Plaintiffs and Defendants. A hearing was held on the matter on March 26, 2014.

Upon review of the pleadings, the summary of the terms of the settlements (Ex. 1 to Doc. No. 272, filed under seal), the statements of counsel, and the hearing testimony of Plaintiff Sharon Linton, the Court finds that the settlements and their apportionment among Plaintiffs, and the fee agreements with counsel are fair and reasonable. The Court is further satisfied that all parties having a cause of action for the decedent's death under the state's wrongful death statue, Mo. Rev. Stat. § 537.080, have been notified of this lawsuit.

Accordingly,

**IT IS HEREBY ORDERED** that the proposed settlements, and apportionment thereof among Plaintiffs, for the injuries sustained by the decedent are approved for payment.

**IT IS FURTHER ORDERED** that the attorney's fees and expenses set forth in the summary of settlement terms are approved for payment, subject to immediate disclosure to Plaintiffs by their counsel of an itemization of all expenses.

**IT IS FURTHER ORDERED** that Plaintiffs' oral motion to dismiss all claims against all Defendants with prejudice is **GRANTED**.

**IT IS FURTHER ORDERED** that all other pending motions are **DENIED** as moot.

A separate Judgment shall accompany this Memorandum and Order.

_____
AUDREY G. FLEISSIG
UNITED STATES DISTRICT JUDGE

Dated this 26th day of March, 2014.